IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW GLEN MORROW,   ) | |
|         ) | |
|         Plaintiff,   ) | |
|         ) | |
| v.   ) | Case No. CIV-09-633-M |
|         ) | |
| JUSTIN JONES, *et al.*,   ) | |
|         ) | |
|         Defendants.   ) | |

**ORDER**

On October 24, 2011, the United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action. The Magistrate Judge recommended that this Court dismiss plaintiff's claims against defendant GEO Group, Inc. because of plaintiff's failure to effect timely service of process. Plaintiff was advised of his right to object to the Report and Recommendation by November 10, 2011. Plaintiff has not filed an objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 24, 2011 [docket no. 230]; and

(2) GRANTS defendant GEO Group, Inc.'s Motion to Dismiss [docket no. 192].

**IT IS SO ORDERED this 18th day of November, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE